IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE COOLEY, JR.,** : | |
| : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 11-0246-CG-M |
| : | |
| **MOBILE COUNTY DEPARTMENT OF** : | |
| **MENTAL HEALTH, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.   It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this 7th day of February, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE