IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE COOLEY, JR., : | |
| : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 11-0246-CG-M |
| : | |
| MOBILE COUNTY DEPARTMENT OF : | |
| MENTAL HEALTH, et al., : | |
| : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 7th day of February, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE